# Third District Court of Appeal

## State of Florida

Opinion filed August 12, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1226
Lower Tribunal No. F86-32554B
_____

**Stacey Williams,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos H. Gamez, Judge.

Stacey Williams, in proper person.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Stacey Williams was convicted of first-degree murder and armed robbery. He petitioned the trial court to consolidate his two sentences. The trial court treated the petition as a motion to correct an illegal sentence and denied the motion.

We affirm. See § 921.16(1), Fla. Stat. (2026) ("A defendant convicted of two or more offenses charged in the same indictment, information, or affidavit or in consolidated indictments, informations, or affidavits shall serve the sentences of imprisonment concurrently unless the court directs that two or more of the sentences be served consecutively. Sentences of imprisonment for offenses not charged in the same indictment, information, or affidavit shall be served consecutively unless the court directs that two or more of the sentences be served concurrently.").

Affirmed.